601 A.2d 806

**COMMONWEALTH of Pennsylvania**

v.

**Emma MORRIS, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1992.

Decided Feb. 14, 1992.

John W. Packel, Chief, Appeals Div., Helen Marino, Asst. Defender, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Laurie Magid, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

ZAPPALA and CAPPY, JJ., dissent.